BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
NOV 03 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:99-cr-05102 REC |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| ) | |
| v. ) | |
| ) | |
| DAVID ALLEN HARP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record.

Dated: November 3, 2010

_____
U.S. District Court Judge

1