DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, CA Bar #219930
Assistant Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant DAVID ALLEN HARP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>DAVID ALLEN HARP,<br><br>*Defendant.* | NO. 1:99-cr-05102 OWW<br><br>STIPULATION TO ADVANCE SENTENCING HEARING; ORDER<br><br>Date:  June 2, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, and Assistant Federal Defenders Melody M. Walcott and Peggy Sasso, Counsel for Defendant David Allen Harp, that the hearing currently set for June 27, 2011 at 9:00 a.m., **may be advanced and rescheduled to June 2, 2011, at 9:45 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for sentencing on June 2, 2011.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 31, 2011

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

|   |   |
|---|---|
| | DANIEL J. BRODERICK |
| | Federal Defender |
| Dated: May 31, 2011 | /s/ Peggy Sasso |
| | PEGGY SASSO |
| | MELODY M. WALCOTT |
| | Assistant Federal Defender |
| | Attorneys for Defendant |
| | DAVID ALLEN HARP |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 31, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE